Visiting the Court  |  
 Touring the Building  |  
 Exhibitions
 
 
 
 
 
 
 
 Search:  
 All Documents
 Docket
 
 
 
 
 Enter Search Text: 
  
  
 

  
 

  
 
 
 
 

 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 
 
 Opinions
 
 Latest Slip Opinions
 Opinions Relating to Orders
 In-Chambers Opinions
 Slip opinions - Earlier Terms
 Counsel Listings
 Bound Volumes
 Media Files Related to Opinions
  
 
 
 Oral Arguments
 
 Supreme Court Calendar (PDF) (October Term 2015)
 Supreme Court Calendar (PDF) (October Term 2014)
 Supreme Court Calendar (PDF) (October Term 2013)
 Argument Calendars
 Hearing Lists
 Visitor's Guide to Oral Argument
 Argument Transcripts
 Argument Audio
  
 
 
 
 Case Documents
 
 Docket Search
 On-Line MERITS BRIEFS
 Where to Find Briefs
 Orders of the Court - 2014 Term
 Orders - Earlier Term
 Orders by Circuit
 Granted/Noted Cases List
 Journal
 Special Master Reports
  
 
 
 
 Rules & Guidance
 
 Court Rules
 Guides for Counsel
 
 Guide to Filing Paid Cases (PDF)
 Paid Cases Brief Chart
 Guide to Filing In Forma Pauperis Cases (PDF) 
 Guide for Counsel in Cases to be Argued (PDF)
 Electronic Merits Briefs Submission Guidelines (PDF)
 Delivery of Documents to the Clerk's Office
 
 
 Supreme Court Bar
 
 Bar Admissions Instructions (PDF)
 Bar Admissions Forms (PDF)
 Small Group Admissions - Argument Days (PDF)
 Large Group Admissions - Nonargument Days (PDF)
 
 
 Case Distribution Schedule
 Waiver Form (PDF)
 Circuit Assignments of Justices
      - Circuit Map
  
 
 

 
 News Media
 
 Press Releases
 Media Advisories 
 Press Credentials
 A Reporter's Guide to Applications (PDF)
 Speeches
 Chief Justice's Year-End Reports on the Federal Judiciary
  
 
 
 
 About the Court
 
 Brief Overview
 Biographies of Current Justices
 Justices 1789 to Present
 The Supreme Court Building
 Constitution
  
 
 
 

 
 
 
 
 
 
 
 
 No page to display
 
 Due to an error, page cannot be display your request.
 
 

 
 
 
 
 
 
 
 
 
 February 21, 2015 
 | Version 2014.1
 
 Home 
 | 
 Help 
 | 
 Site Map 
 | 
 Contact Us 
 | 
 About Us 
 | 
 FAQ 
 | 
 Jobs
 | 
 Links
 |
 Building Regulations
 
 Website Policies and Notices 
 |
 Privacy Policy 
 | 
 USA.GOV

 Supreme Court of the United States